MILBERG LLP
JEFF S. WESTERMAN (94559)
(jwesterman@milberg.com)
SABRINA S. KIM (186242)
(skim@milberg.com)
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, California 90071
Telephone:   (213) 617-1200
Facsimile:    (213) 617-1975

REESE RICHMAN LLP
MICHAEL R. REESE (206773)
(mreese@reeserichman.com)
875 Avenue of the Americas, 18th Floor
New York, New York 10001
Telephone:   (212) 579-4625
Facsimile:    (212) 253-4272

Attorneys for Plaintiffs IRIS PHEE and WILLIAM J. O'HARA

COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
MATTHEW D. BROWN (196972)
(brownmd@cooley.com)
101 California Street, 5th Floor
San Francisco, California 94111
Telephone:   (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Defendant FACEBOOK, INC.

*IT IS SO ORDERED*
*Judge James Ware*
12/1/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IRIS PHEE and WILLIAM J. O'HARA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., and ZYNGA GAME NETWORK, INC.,<br><br>　　　　Defendant. | Case No.  CV-10-04935-JW<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1(a))**<br><br>Courtroom:　　8<br>Judge:　　　　Hon. James Ware<br>Trial Date:　　None Set |

1    Plaintiffs Iris Phee and William J. O'Hara (collectively "Plaintiffs") and Defendant
2 Facebook, Inc. ("Facebook") (Plaintiffs and Facebook collectively "the Parties"), by and through
3 their respective counsel, stipulate and agree as follows:

4    WHEREAS, Plaintiffs filed the Complaint in the above-entitled action in the United States
5 District Court, Northern District of California, on November 1, 2010;

6    WHEREAS, Plaintiffs served the Complaint on Facebook on November 3, 2010;

7    WHEREAS, under Federal Rule of Civil Procedure 12(a), the current deadline for
8 Facebook to respond to the Complaint is November 24, 2010;

9    WHEREAS, by Orders dated November 12 and 19, 2010, this Court (Hon. James Ware)
10 granted administrative motions relating this case and several other cases against Facebook,
11 Zynga, or both in this District;

12    WHEREAS, in the November 12 and 19, 2010 Orders, this Court invited the parties in
13 these related cases to fully brief, by November 22, 2010, the issue of whether the related cases
14 should be consolidated and the issue of who should be appointed Lead Plaintiff and Lead
15 Counsel;

16    WHEREAS, parties in the related cases filed briefing on November 22, 2010;

17    WHEREAS, under Civil Local Rule 6-1(a), parties may stipulate in writing, without a
18 court order, to extend the time within which to answer or otherwise respond to a complaint; and

19    WHEREAS, extending the date for Facebook to respond to the Complaint as set forth
20 below will not alter the date of any event or deadline already fixed by Court order;

21    NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

22    1.    Facebook's deadline to respond to the Complaint (answer, move, or otherwise
23 respond) is extended to and including the later of (a) December 22, 2010 or (b) 30 days after the
24 Court decides whether an amended complaint shall be filed.

25    2.    If the Court orders an amended complaint to be filed, Facebook is relieved of the
26 obligation of responding to the current Complaint, and shall have 30 days following filing of the
27 amended complaint to respond (answer, move, or otherwise respond), unless a different date is
28 ordered by the Court.

3. Facebook agrees to confer with Plaintiffs on a briefing and hearing schedule before filing any motion in response to the operative complaint.

**IT IS SO STIPULATED.**

Dated: November 23, 2010                COOLEY LLP

/s/Matthew D. Brown
Matthew D. Brown
Attorneys for Defendant Facebook, Inc.

Dated: November 23, 2010                MILBERG LLP

/s/Jeff S. Westerman
Jeff S. Westerman
Attorneys for Plaintiffs Iris Phee and William J. O'Hara

## **ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Matthew D. Brown, attest that concurrence in the filing of this Stipulation to Extend Time to Respond to Complaint (L.R. 6-1(a)) has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 23rd day of November, 2010, at San Francisco, California.

/s/Matthew D. Brown
Matthew D. Brown

694192 v1/SD